## ORING v. STATE BAR OF CALIFORNIA

No. 87–1224.   Argued January 10, 1988—Decided January 23, 1989

*Theodore A. Cohen* argued the cause for appellant.   With him on the briefs was *Scott Spolin*.

*Diane C. Yu* argued the cause for appellee.   With her on the brief were *Truitt A. Richey, Jr.*, and *Erica Tabachnick*.

PER CURIAM.

The appeal is dismissed for want of a properly presented federal question.